IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARKHAM DESHAY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's letter (filing 66), treated as a motion for copies, is denied.

Dated July 2, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge