IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARKHAM DESHAY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

The Probation Office has notified the undersigned and counsel of record that the defendant previously received the benefit of the two-level reduction under Amendment 782. Accordingly,

IT IS ORDERED that a <u>further</u> sentence reduction under Amendment 782 is unwarranted.

Dated July 22, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge